## RULING ON SUBMITTED MATTER

August 18, 2006
Trans Continental Records, Inc. v. Aaron C. Carter (BC 349317)
Re:    Motion to Dismiss or Stay Action
(Original hearing date: August 3, 2006)

**RULING:**    MOTION GRANTED.  CLERK TO SERVE NOTICE VIA FAX TO THE
PARTIES' COUNSEL OF RECORD.

After further review of the parties' oral and written arguments and cited legal
authorities, the court adopts its tentative ruling in its entirety.

Paragraph 13(a) of the Agreement provides for exclusive Florida jurisdiction with
the single exception that "the law of the jurisdiction in which [the] agreement is approved
pursuant to paragraph 18 . . . shall control the interpretation of [the] agreement as to
issues of judicial approval of [the] agreement." (Holtz Decl. ¶ 2, Exh. A at p. 18.)  This
provision presents an exception to choice of law, not selection of forum.

Further, Plaintiff argued at the hearing that this court should adjudicate the action
under the doctrine of "continuing jurisdiction."  This argument is unavailing as the instant
action does not seek enforcement of the prior approval order, but rather seeks a judicial
determination as to Defendant's rights to disaffirm the Agreement on the grounds of his
status as a minor.

Finally, even in the absence of an enforceable forum selection clause, the court
finds that a balancing of the interests establishes that California constitutes a "seriously
inconvenient forum." (*Ford Motor Co. v. Insurance Co. of North America* (1995) 35
Cal.App.4th 604, 611.)  Specifically, the parties entered into the Agreement in Florida
and are both identified as Florida residents. (Holtz Decl. ¶ 2, Exh. A at p. 1.)  In short,
there is no indication that California has a real interest over the claims in dispute.  The
motion is granted.

Date: August 18, 2006

_____
Judge Ernest M. Hiroshige

EXHIBIT

H

# SUPERIOR COURT OF CALIFORNIA, COUNTY OF LOS ANGELES

| | |
|---|---|
| DATE: 08/21/06 | DEPT. 54 |

| | | | |
|---|---|---|---|
| HONORABLE Ernest Hiroshige | JUDGE | S. TEMBLADOR | DEPUTY CLERK |
| | | R. MORALES, CRT. AST. | |
| HONORABLE | JUDGE PRO TEM | | ELECTRONIC RECORDING MONITOR |
| 5 | | | |
| | Deputy Sheriff | NONE | Reporter |

| | | | |
|---|---|---|---|
| 8:30 am | BC349317 | Plaintiff Counsel | |
| | TRANS CONTINENTAL RECORDS INC | | NO APPEARANCES |
| | VS | Defendant Counsel | |
| | AARON C CARTER | | |

**NATURE OF PROCEEDINGS:**

RULING ON SUBMITTED MATTER;

The Court having taken the matter under submission on August 3, 2006 hereby rules pursuant to the Court's written ruling which is signed and filed as of August 18, 2006.

The motion is granted.

Clerk to notice via fax.

CERTIFICATE OF SERVICE BY FACSIMILE

I, John A. Clarke, Executive Officer/Clerk of the Superior Court of California, County of Los Angeles, and not a party to the within action, hereby certify that on August 21, 2006, I served the above minutes and copies of the Court's written ruling on counsel listed below by facsimile transmittal and the transmission was reported complete and without error.

Dated: August 21, 2006

John A. Clarke, Executive Officer/Clerk

By: _____
    S. Temblador, Deputy

James D. Nguyen
310/557-8475

Page    1 of    2    DEPT. 54

| |
|---|
| **MINUTES ENTERED** |
| 08/21/06 |
| COUNTY CLERK |

## SUPERIOR COURT OF CALIFORNIA, COUNTY OF LOS ANGELES

DATE: 08/21/06                                                                          **DEPT.** 54

HONORABLE Ernest Hiroshige          JUDGE    S. TEMBLADOR          DEPUTY CLERK
                                             R. MORALES, CRT. AST.
HONORABLE                        JUDGE PRO TEM                      ELECTRONIC RECORDING MONITOR
5
                                 Deputy Sheriff   NONE                        Reporter

| 8:30 am | BC349317 | | Plaintiff |
|---|---|---|---|
| | | | Counsel |
| | TRANS CONTINENTAL RECORDS INC | | NO APPEARANCES |
| | | | Defendant |
| | VS | | Counsel |
| | AARON C CARTER | | |

**NATURE OF PROCEEDINGS:**

Michael D. Holtz
310/556-3615

MINUTES ENTERED
08/21/06
COUNTY CLERK